# Exhibit N

# Exhibit 6

41280103   MORANGELLI, ANTHONY

ROTO-ROOTER SERVICES COMPANY
WEEKLY DRIVER REPORT
DIVISION NEW YORK PLUMBING
W/E 04/07/09

| | |
|---|---|
| TOTAL COMMISSION PLUS EXP. ALLOW. | 1,319.59 (A) |
| TOTAL MATERIAL COMMISSION | 64.33 (B) |
| OTHER EARNINGS | 59.55 (C) |
| REGULAR EARNINGS PLUS EXP. ALLOW. | 1,443.47 (D) |

| | |
|---|---|
| TOTAL GROSS TIME | 43:48 |
| TOTAL PERSONAL TIME | :00 |
| ADMINISTRATIVE TIME | :00 |
| TOTAL NET PAY TIME | 43:48 |
| CURRENT VACATION RATE | 33.47 |
| VACATION UNITS PROCESSED | :00 |
| SAFETY COMMITTEE | :00 |
| MEETING/TRAINING | :00 |

| | |
|---|---|
| VACATION EARNINGS | .00 |
| SAFETY COMMITTEE | .00 |
| MEETING/TRAINING | .00 (F) |

| | |
|---|---|
| OVERTIME HOURS | 3:48 |
| TOTAL O.T.HOURS | 3:48 |
| PREMIUM PAY RATE | 16.48 |
| PREMIUM PAY | 62.62 (I) |

## TAXABLE EARNINGS VS NON-TAXABLE REIMBURSMENT

| | | |
|---|---|---|
| TOTAL COMMISSION | $1,319.59 (A) | |
| PLUS: MATERIAL COMMISSION | 64.33 (B) | |
| TOTAL PLUS EXP. ALLOWANCE | | 1,383.92 |
| LESS: | | |
| EXPENSE DEDUCTIONS | 61.13 | |
| VAN DEPRECIATION AMOUNT | 87.32 | |
| VAN LEASE PAYMENT AMOUNT | .00 | |
| OUT OF POCKET EXPENSES | 280.84 | |
| CARRY OVER FROM LAST WEEK | .00 | |
| TOTAL SUBSTANTIATED EXPENSES | | 429.29 |
| SUBSTANTIATED EXPENSES PAID | | 429.29 (G) |
| TOTAL COMMISSION EARNINGS PLUS EXP. CONTROL BONUS | | 954.63 (H) |
| CARRY OVER SUBSTANTIATED EXPENSES | | .00 |

| | |
|---|---|
| TAXABLE COMMISSION EARNINGS | 954.63 (H) |
| SUBSTANTIATED EARNINGS | 429.29 (G) |
| SUBSTANTIATED EXPENSES PAID | 59.55 (C) |
| OTHER EARNINGS | .00 |
| VACATION EARNINGS | .00 (F) |
| SAFETY COMMITTEE | .00 (F) |
| MEETING/TRAINING | .00 (F) |
| PREMIUM PAY EARNINGS | 62.62 (I) |
| TOTAL PAY | 1,506.09 |

PRC201RA

7/23/08
PAGE 73
20:06:14

41284846    ERCOLE, FRANK

ROTO-ROOTER SERVICES COMPANY
WEEKLY DRIVER REPORT
DIVISION NEW YORK PLUMBING
W/E 07/22/08

| | | |
|---|---|---|
| TOTAL GROSS TIME | 39:42 | |
| TOTAL PERSONAL TIME | .00 | |
| ADMINISTRATIVE TIME | .00 | |
| TOTAL NET PAY TIME | 39:42 | |
| CURRENT VACATION RATE | 37.26 | |
| VACATION UNITS PROCESSED | .00 | |
| SAFETY COMMITTEE | .00 | |
| MEETING/TRAINING | .00 | |
| VACATION EARNINGS | .00 | (F) |
| SAFETY COMMITTEE | .00 | |
| MEETING/TRAINING | .00 | |

REGULAR EARNINGS PLUS EXP. ALLOW.    1,063.87  (D)

TOTAL COMMISSION PLUS EXP. ALLOW.    1,024.96  (A)
TOTAL MATERIAL COMMISSION              1.41  (B)
OTHER EARNINGS                        37.50  (C)

TOTAL COMMISSION
PLUS: MATERIAL COMMISSION

TOTAL COMMISSION           $1,024.96  (A)
PLUS: MATERIAL COMMISSION       1.41  (B)

__TAXABLE EARNINGS VS NON-TAXABLE REIMBURSMENT__

TOTAL PLUS EXP. ALLOWANCE              1,026.37
LESS:
EXPENSE DEDUCTIONS
VAN DEPRECIATION AMOUNT                120.81
VAN LEASE PAYMENT AMOUNT              199.10
OUT OF POCKET EXPENSES                   .00
CARRY OVER FROM LAST WEEK             969.12
                                         .00

TOTAL SUBSTANTIATED EXPENSES
SUBSTANTIATED EXPENSES PAID            1,289.03

TOTAL COMMISSION EARNINGS PLUS EXP. CONTROL BONUS    780.01  (G)
                                                     246.36  (H)

CARRY OVER SUBSTANTIATED EXPENSES                    509.02

=================================================================

TAXABLE COMMISSION EARNINGS            246.36  (H)
SUBSTANTIATED EARNINGS                 780.01  (G)
SUBSTANTIATED EXPENSES PAID            37.50  (C)
OTHER EARNINGS
VACATION EARNINGS                        .00  (F)
SAFETY COMMITTEE                         .00
MEETING/TRAINING                         .00  (F)

=================================================================

TOTAL PAY                            1,063.87

OVER 10

P2

PRC201RA

41284846   ERCOLE, FRANK

ROTO-ROOTER SERVICES COMPANY
WEEKLY DRIVER REPORT
DIVISION NEW YORK PLUMBING
W/E 07/29/08

7/31/08
PAGE 7(
2:13:49

| | | | |
|---|---|---|---|
| TOTAL COMMISSION PLUS EXP. ALLOW. | 995.70 | (A) | TOTAL GROSS TIME | 54:41 |
| TOTAL MATERIAL COMMISSION | 1.70 | (B) | TOTAL PERSONAL TIME | 11:32 |
| OTHER EARNINGS | 50.00 | (C) | ADMINISTRATIVE TIME | 4:00 |
| REGULAR EARNINGS PLUS EXP. ALLOW. | 1,047.40 | (D) | TOTAL NET PAY TIME | 47:09 |

```
TOTAL COMMISSION PLUS EXP. ALLOW.        995.70  (A)       TOTAL GROSS TIME            54:41
TOTAL MATERIAL COMMISSION                  1.70  (B)       TOTAL PERSONAL TIME         11:32
OTHER EARNINGS                            50.00  (C)       ADMINISTRATIVE TIME          4:00
REGULAR EARNINGS PLUS EXP. ALLOW.      1,047.40  (D)       TOTAL NET PAY TIME          47:09
                                                           CURRENT VACATION RATE       36.86
                                                           VACATION UNITS PROCESSED      .00
                                                           SAFETY COMMITTEE              .00
                                                           MEETING/TRAINING             4:00

                                                           VACATION EARNINGS             .00
                                                           SAFETY COMMITTEE              .00
                                                           MEETING/TRAINING          147.44  (F)

TAXABLE EARNINGS VS NON-TAXABLE REIMBURSMENT

TOTAL COMMISSION                         $995.70  (A)                                   997.40
PLUS: MATERIAL COMMISSION                  1.70  (B)

TOTAL PLUS EXP. ALLOWANCE
LESS:
  EXPENSE DEDUCTIONS                     120.81
  VAN DEPRECIATION AMOUNT                199.11
  VAN LEASE PAYMENT AMOUNT                  .00
  OUT OF POCKET EXPENSES                  65.49
  CARRY OVER FROM LAST WEEK              509.02

TOTAL SUBSTANTIATED EXPENSES             894.43
SUBSTANTIATED EXPENSES PAID

TOTAL COMMISSION EARNINGS PLUS EXP. CONTROL BONUS      764.12  (G)
                                                      233.28  (H)

CARRY OVER SUBSTANTIATED EXPENSES                     130.31

                                              OVERTIME HOURS              7:09
                                              TOTAL O.T.HOURS             7:09
                                              PREMIUM PAY RATE           11.11
                                              PREMIUM PAY                79.44  (I)

TAXABLE COMMISSION EARNINGS              233.28  (H)
SUBSTANTIATED EARNINGS                   764.12  (G)
SUBSTANTIATED EXPENSES PAID               50.00  (C)
OTHER EARNINGS                            50.00  (C)
VACATION EARNINGS                           .00
SAFETY COMMITTEE                            .00  (F)
MEETING/TRAINING                         147.44  (F)
PREMIUM PAY EARNINGS                      79.44  (I)

TOTAL PAY                              1,274.28
```

P3

PRC201PA

41280103  MORANGELLI, ANTHONY

ROTO-ROOTER SERVICES COMPANY
WEEKLY DRIVER REPORT
DIVISION NEW YORK PLUMBING
W/E 04/28/09

4/29/09
PAGE    1
18:06:48

TOTAL COMMISSION PLUS EXP. ALLOW.      322.08 (A)
TOTAL MATERIAL COMMISSION                4.53 (B)
OTHER EARNINGS                            .00 (C)
REGULAR EARNINGS PLUS EXP. ALLOW.      326.61 (D)

TOTAL GROSS TIME           43:07
TOTAL PERSONAL TIME          :00
ADMINISTRATIVE TIME          :00

TOTAL NET PAY TIME         43:07
CURRENT VACATION RATE      34.91
VACATION UNITS PROCESSED     :00
SAFETY COMMITTEE             :00
MEETING/TRAINING             :00

VACATION EARNINGS            .00
SAFETY COMMITTEE             .00
MEETING/TRAINING             .00 (F)

OVERTIME HOURS       3:07
TOTAL O.T. HOURS     3:07
PREMIUM PAY RATE     5.37

PREMIUM PAY         16.75 (I)

TOTAL COMMISSION              $322.08 (A)
PLUS: MATERIAL COMMISSION        4.53 (B)

TAXABLE EARNINGS VS NON-TAXABLE REIMBURSMENT

TOTAL PLUS EXP. ALLOWANCE     326.61
LESS:
EXPENSE DEDUCTIONS             61.13
VAN DEPRECIATION AMOUNT        87.33
VAN LEASE PAYMENT AMOUNT         .00
OUT OF POCKET EXPENSES        230.25
CARRY OVER FROM LAST WEEK        .00

TOTAL SUBSTANTIATED EXPENSES   378.71
SUBSTANTIATED EXPENSES PAID

TOTAL COMMISSION EARNINGS PLUS EXP. CONTROL BONUS
                                23.88 (G)
                               302.73 (H)

CARRY OVER SUBSTANTIATED EXPENSES   354.83

CARRY OVER OPCC CHARGES

| REV. CODE | ADJ. CODE | R/C | | DESCRIPTION | CHARGED AMOUNT | JOB NO. | CONS. UNT | PROD CODE | ORIG W/E DATE |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 71 | 2 | CHARGED | CTA 103 TO 1253 | 43.75- | | 0 | | 4/28/09 |

TAXABLE COMMISSION EARNINGS    302.73 (H)
SUBSTANTIATED EXPENSES PAID     23.88 (G)
OTHER EARNINGS                    .00 (C)
VACATION EARNINGS                 .00
SAFETY COMMITTEE                  .00
MEETING/TRAINING                  .00 (F)
PREMIUM PAY EARNINGS            16.75 (I)

TOTAL PAY                      343.36

P4

PRC201RA

4i280103   MORANGELLI, ANTHONY

ROTO-ROOTER SERVICES COMPANY
WEEKLY DRIVER REPORT
DIVISION NEW YORK PLUMBING
W/E 07/21/09

7/22/09
PAGE 1
18:40:08

| | | |
|---|---|---|
| TOTAL COMMISSION PLUS EXP. ALLOW. | 303.17 | (A) |
| TOTAL MATERIAL COMMISSION | 1.76 | (B) |
| OTHER EARNINGS | 7.50 | (C) |
| | -------- | |
| REGULAR EARNINGS PLUS EXP. ALLOM. | 312.43 | (D) |

| | | |
|---|---|---|
| TOTAL GROSS TIME | 40.07 | |
| TOTAL PERSONAL TIME | .00 | |
| ADMINISTRATIVE TIME | .00 | |
| | -------- | |
| TOTAL NET PAY TIME | 40.07 | |
| CURRENT VACATION RATE | 29.57 | |
| VACATION UNITS PROCESSED | .00 | |
| SAFETY COMMITTEE | .00 | |
| MEETING/TRAINING | .00 | |
| | -------- | |
| VACATION EARNINGS | .00 | |
| SAFETY COMMITTEE | .00 | (F) |
| MEETING/TRAINING | .00 | (F) |

| | | |
|---|---|---|
| OVERTIME HOURS | .07 | |
| TOTAL O.T. HOURS | 5.07 | |
| PREMIUM PAY RATE | 5.44 | |
| | -------- | |
| PREMIUM PAY | .38 | (I) |

**TAXABLE EARNINGS VS NON-TAXABLE REIMBURSMENT**

| | | |
|---|---|---|
| TOTAL COMMISSION | $303.17 | (A) |
| PLUS: MATERIAL COMMISSION | 1.76 | (B) |
| | -------- | |
| TOTAL PLUS EXP. ALLOWANCE | | 304.93 |

LESS:

| | |
|---|---|
| EXPENSE DEDUCTIONS | |
| VAN DEPRECIATION AMOUNT | 61.13 |
| VAN LEASE PAYMENT AMOUNT | 87.33 |
| OUT OF POCKET EXPENSES | 132.34 |
| CARRY OVER FROM LAST WEEK | .00 |
| | -------- |
| TOTAL SUBSTANTIATED EXPENSES | |
| SUBSTANTIATED EXPENSES PAID | 280.80 |

| | | |
|---|---|---|
| TOTAL COMMISSION EARNINGS PLUS EXP. CONTROL BONUS | 21.54 | (G) |
| | ------- | |
| | 283.39 | (H) |
| | ========= | |
| CARRY OVER SUBSTANTIATED EXPENSES | | 259.26 |

| | | |
|---|---|---|
| TAXABLE COMMISSION EARNINGS | 283.39 | (H) |
| SUBSTANTIATED EXPENSES PAID | 21.54 | (G) |
| OTHER EARNINGS | 7.50 | (C) |
| VACATION EARNINGS | .00 | |
| SAFETY COMMITTEE | .00 | (F) |
| MEETING/TRAINING | .00 | (F) |
| PREMIUM PAY EARNINGS | .38 | (I) |
| | -------- | |
| TOTAL PAY | 312.81 | |

PRC201RA'

41280103  MORANGELLI, ANTHONY

ROTO-ROOTER SERVICES COMPANY
WEEKLY DRIVER REPORT
DIVISION NEW YORK PLUMBING
W/E 05/05/09

5/06/09
PAGE  1
20:06:27

| | | |
|---|---|---|
| TOTAL GROSS TIME | 41:02 | |
| TOTAL PERSONAL TIME | :00 | |
| ADMINISTRATIVE TIME | :00 | |
| | ------- | |
| TOTAL NET PAY TIME | 41:02 | |
| CURRENT VACATION RATE | 34.03 | |
| VACATION UNITS PROCESSED | :00 | |
| VACATION EARNINGS | :00 | |
| SAFETY COMMITTEE | :00 | |
| MEETING/TRAINING | :00 | (P) |

| | | |
|---|---|---|
| OVERTIME HOURS | 1:02 | |
| TOTAL O.T.HOURS | 1:02 | |
| PREMIUM PAY HOURS | 7:48 | |
| PREMIUM PAY RATE | ------- | |
| PREMIUM PAY | 7.70 | (I) |

REGULAR EARNINGS PLUS EXP. ALLOW.
| | | |
|---|---|---|
| | ------- | |
| | 613.56 | (D) |

TAXABLE EARNINGS VS NON-TAXABLE REIMBURSMENT

| | | |
|---|---|---|
| TOTAL COMMISSION PLUS EXP. ALLOW. | 735.63 | (A) |
| TOTAL MATERIAL COMMISSION | 122.07- | (B) |
| OTHER EARNINGS | .00 | (C) |

TOTAL COMMISSION
PLUS: MATERIAL COMMISSION
| | | |
|---|---|---|
| | $735.63 | (A) |
| | 122.07- | (B) |

TOTAL PLUS EXP. ALLOWANCE
| | |
|---|---|
| | 613.56 |

LESS:
| | | |
|---|---|---|
| EXPENSE DEDUCTIONS | 61.13 | |
| VAN DEPRECIATION AMOUNT | 87.32 | |
| VAN LEASE PAYMENT AMOUNT | .00 | |
| OUT OF POCKET EXPENSES | .00 | |
| CARRY OVER FROM LAST WEEK | 354.83 | |
| | ------- | |

| | | |
|---|---|---|
| TOTAL SUBSTANTIATED EXPENSES | 503.20 | |
| SUBSTANTIATED EXPENSES PAID | | |

TOTAL COMMISSION EARNINGS PLUS EXP. CONTROL BONUS
| | | |
|---|---|---|
| | 324.21 | (G) |
| | ------- | |
| | 289.35 | (H) |
| | ======== | |

CARRY OVER SUBSTANTIATED EXPENSES
| | |
|---|---|
| | 179.07 |

| | | |
|---|---|---|
| TAXABLE COMMISSION EARNINGS | 289.35 | (H) |
| SUBSTANTIATED EARNINGS | 324.21 | (G) |
| SUBSTANTIATED EXPENSES PAID | .00 | (C) |
| OTHER EARNINGS | .00 | |
| VACATION EARNINGS | .00 | (F) |
| SAFETY COMMITTEE | .00 | (F) |
| MEETING/TRAINING | 7.70 | (I) |
| PREMIUM PAY EARNINGS | | |

TOTAL PAY
| | |
|---|---|
| | 621.26 |