# GETMAN SWEENEY

Getman & Sweeney, PLLC
9 Paradies Lane
New Paltz, NY 12561
845-255-9370
fax 845-255-8649

January 7, 2012

Judge Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Morangelli, et al., v. Chemed Corp. and Roto Rooter Services Co.*, 10-cv-00876 (BMC)

Dear Judge Cogan,

Plaintiffs write to inquire whether there is any additional information they can provide to assist the Court in addressing their Motion for Partial Summary Judgment, Docket No. 231, and their request for permission to move the Court to amend their Class Certification Order, Docket No. 257.

Thank you.

*/s/ Michael J.D. Sweeney*

Michael J.D. Sweeney